**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-7143**

---

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

NATHANIEL WATKINS,

                                    Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, District
Judge.  (CR-90-260)

---

Submitted:  September 23, 2005      Decided:  October 27, 2005

---

Before TRAXLER and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Vacated and remanded by unpublished per curiam opinion.

---

Nathaniel Watkins, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Nathaniel Watkins appeals the district court's orders denying his motions filed under 18 U.S.C.A. § 3582(c)(2) (West 2000 & Supp. 2005), and Fed. R. Civ. P. 59(e). We review the denial of a motion to modify a sentence for abuse of discretion. United States v. Turner, 59 F.3d 481, 483 (4th Cir. 1995). "A court . . . abuses its discretion if it makes a mistake of law." Randall v. Prince George's County, 302 F.3d 188, 211 (4th Cir. 2002); James v. Jacobson, 6 F.3d 233, 239 (4th Cir. 1993). We have reviewed the record and the district court's order and conclude that the district court mistakenly believed it did not have jurisdiction to consider Watkins' motion on the merits. See U.S. Sentencing Guidelines Manual § 1B1.10 (2000) (stating that Amendment 591 applies retroactively). Accordingly, we vacate the district court's orders and remand for further proceedings. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

VACATED AND REMANDED